UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**

JUN 2 4 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RONNIE BROWN,

    Plaintiff - Appellant,

v.

DELANO STATE PRISON, Warden; et al.,

    Defendants - Appellees.

No. 05-15047
D.C. No. CV-03-01918-GEB

**ORDER**

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [X]

Explanation: _Failed to oppose motion to dismiss_

GREGORY G. HOLLows
Mag. Judge
United States District Court

Date: _June 22, 2005_