IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE BROWN,

      Plaintiff,                    No. CIV S-03-1918 GEB GGH P

    vs.

DELANO STATE PRISON,

      Defendants.             <u>ORDER</u>

_____/

        On July 11, 2005, plaintiff filed a motion to compel. However, on October 16, 2004, judgment was entered. Therefore, discovery is not authorized.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's July 11, 2005, motion to compel is denied.

DATED: 8/5/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
br1918.ord